PER CURIAM.
Affirmed. See § 775.084(4)(e), Fla. Stat. (1993); Duncan v. Moore, 754 So.2d 708 (Fla.2000); Deason v. Fla. Dep’t of Corr., 705 So.2d 1374 (Fla.1998); Hayles v. State, 608 So.2d 13 (Fla.1992); Whatley v. State, 640 So.2d 1201 (Fla. 2d DCA 1994); Lincoln v. Fla. Parole Comm’n, 643 So.2d 668 (Fla. 1st DCA 1994); Orr v. State, 597 So.2d 833 (Fla. 5th DCA 1992).
KHOUZAM, SLEET, and LUCAS, JJ., Concur.